FILED
CLERK, U.S. DISTRICT COURT

AUG 27 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 13 MJ 2385 |
| Plaintiff, | |
| vs. | ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| Brown  Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ED/Va for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____

1 

2 

3 

4       and/or

5   B.    ( )    The defendant has not met his/her burden of establishing by

6         clear and convincing evidence that he/she is not likely to pose

7         a danger to the safety of any other person or the community if

8         released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9         on: 

10 

11 

12 

13 

14       IT THEREFORE IS ORDERED that the defendant be detained pending

15   the further revocation proceedings.

16 

17   Dated:  8/27/2013

18 

19 

20                                        UNITES STATES MAGISTRATE JUDGE

21 

22 

23 

24 

25 

26 

27 

28